# EXHIBIT A

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## DUSTIN GRAHAM v. DUSTIN M SPEARS, LANDSTAR INWAY, INC.

| | |
|---|---|
| Case Number | 49D01-2009-CT-031107 |
| Court | Marion Superior Court, Civil Division 1 |
| Type | CT - Civil Tort |
| Filed | 09/09/2020 |
| Status | 09/09/2020 , Pending  (active) |

## Parties to the Case

**Defendant**   SPEARS, DUSTIN M

| Attorney | Erin A Clancy |
|---|---|
| | *#2196249, Lead, Retained* |
| | KIGHTLINGER & GRAY LLP |
| | One Indiana Square - Suite 300 |
| | 211 North Pennsylvania Street |
| | Indianapolis, IN 46204 |
| | 317-638-4521(W) |
| Attorney | Elizabeth Bennett Stagich |
| | *#3560173, Retained* |
| | 8670 Shadowbrook Cv |
| | Germantown, TN 38139 |
| | (901) 754-0910(W) |

**Defendant**   LANDSTAR RANGER, INC. *(Dismissed)*

| Removed | 09/21/2020  -  Dismissed |
|---|---|

**Defendant**   LANDSTAR INWAY, INC.

| Attorney | Erin A Clancy |
|---|---|
| | *#2196249, Lead, Retained* |
| | KIGHTLINGER & GRAY LLP |
| | One Indiana Square - Suite 300 |
| | 211 North Pennsylvania Street |
| | Indianapolis, IN 46204 |
| | 317-638-4521(W) |
| Attorney | Elizabeth Bennett Stagich |
| | *#3560173, Retained* |
| | 8670 Shadowbrook Cv |
| | Germantown, TN 38139 |
| | (901) 754-0910(W) |

**Plaintiff**    GRAHAM, DUSTIN

| Attorney | Matthew E Dumas |
|---|---|
| | *#2459649, Retained* |
| | 515 N Green ST |
| | STE 200 |
| | Brownsburg, IN 46112 |
| | 317-852-2422(W) |

## Chronological Case Summary

| 09/09/2020 | **Case Opened as a New Filing** | |
|---|---|---|

| 09/10/2020 | **Appearance Filed** | |
|---|---|---|
| | APPEARANCE | |
| | For Party: | GRAHAM, DUSTIN |
| | File Stamp: | 09/09/2020 |

| 09/10/2020 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | COMPLAINT | |
| | Filed By: | GRAHAM, DUSTIN |
| | File Stamp: | 09/09/2020 |

| 09/10/2020 | **Subpoena/Summons Filed** | |
|---|---|---|
| | SUMMONS DRIVER | |
| | Filed By: | GRAHAM, DUSTIN |
| | File Stamp: | 09/09/2020 |

| 09/10/2020 | **Subpoena/Summons Filed** | |
|---|---|---|
| | SUMMONS INWAY | |
| | Filed By: | GRAHAM, DUSTIN |
| | File Stamp: | 09/09/2020 |

| 09/10/2020 | **Subpoena/Summons Filed** | |
|---|---|---|
| | SUMMONS RANGER | |
| | Filed By: | GRAHAM, DUSTIN |
| | File Stamp: | 09/09/2020 |

| 09/11/2020 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | CERTIFICATE OF ISSUANCE | |
| | Filed By: | GRAHAM, DUSTIN |
| | File Stamp: | 09/11/2020 |

| 09/21/2020 | **Appearance Filed** | |
|---|---|---|
| | Appearance_EAC | |
| | For Party: | SPEARS, DUSTIN M |
| | For Party: | LANDSTAR RANGER, INC. |
| | For Party: | LANDSTAR INWAY, INC. |
| | File Stamp: | 09/18/2020 |

| 09/21/2020 | **Stipulation of Dismissal Filed** | |
|---|---|---|
| | Joint Stipulation of Dismissal without Prejudice | |
| | Filed By: | SPEARS, DUSTIN M |
| | Filed By: | LANDSTAR RANGER, INC. |
| | Filed By: | LANDSTAR INWAY, INC. |
| | File Stamp: | 09/18/2020 |

| 09/21/2020 | **Order Granting Motion to Dismiss** | |
|---|---|---|
| | as to Defendant Landstar Ranger, Inc. only without prejudice | |
| | Judicial Officer: | Marchal, Jeffrey L. - MAG |
| | Noticed: | LANDSTAR RANGER, INC. |
| | Order Signed: | 09/21/2020 |

| 09/22/2020 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Motion for Extension of Time | |
| | Filed By: | SPEARS, DUSTIN M |
| | Filed By: | LANDSTAR INWAY, INC. |
| | File Stamp: | 09/22/2020 |

| 09/22/2020 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Elizabeth Stagich | |
| | For Party: | SPEARS, DUSTIN M |
| | For Party: | LANDSTAR INWAY, INC. |
| | File Stamp: | 09/22/2020 |

| 09/22/2020 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | up to and including November 6, 2020 | |
| | Judicial Officer: | Caudill, Burnett - MAG |
| | Order Signed: | 09/22/2020 |

| 09/23/2020 | **Automated Paper Notice Issued to Parties** |
|---|---|
| | Order Granting Motion for Enlargement of Time ---- 9/22/2020 : Elizabeth Bennett Stagich |

| 09/23/2020 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Granting Motion for Enlargement of Time ---- 9/22/2020 : Erin A Clancy;Matthew E Dumas |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**GRAHAM, DUSTIN**
Plaintiff

Balance Due (as of 10/08/2020)
**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 09/10/2020 | Transaction Assessment | 157.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 09/10/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

MARION COUNTY, INDIANA

DUSTIN GRAHAM
     Plaintiff

vs.

DUSTIN M. SPEARS, LANDSTAR INWAY, INC., and
LANDSTAR RANGER, INC.
     Defendants

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:
   Initiating <u>X</u>        Responding _____      Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties: <u>Dustin Graham</u>

2. Attorney information for service as required by Trial Rule 5(B)(2):

   Matthew E. Dumas, #24596-49
   Hostetter & Associates
   515 N Green Street
   Suite 200
   Brownsburg, IN 46112
   317.852.2422 (Phone)
   317.852.3748 (Fax)
   matt@hostetterlegal.com

   **IMPORTANT**:  Each attorney specified on this appearance:

   (a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

   (c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No <u>X</u>

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No <u>X</u>

6. This case involves a petition for involuntary commitment.  Yes _____ No <u>X</u>

7. There are related cases: Yes _____ No <u>X</u>

8. Additional information required by local rule:

   _____

9. There are other party members: Yes _____ No <u>X</u>

10. This form has been served on all other parties and Certificate of Service is attached:

   Yes____ No <u>X</u>


*/s/Matthew E. Dumas*

2

## MARION COUNTY, INDIANA

DUSTIN GRAHAM
     Plaintiff

     vs.

DUSTIN M. SPEARS, LANDSTAR INWAY, INC., and
LANDSTAR RANGER, INC.
     Defendants

### THE PLAINTIFF'S COMPLAINT FOR DAMAGES AND JURY DEMAND

1.  Plaintiff Dustin Graham is an individual and citizen of Marion County, Indiana.

2.  Defendant Dustin M. Spears is an individual and citizen of Illinois.

3.  Defendant Landstar Inway, Inc. is a foreign for profit corporation created in Delaware with a principal office address in Florida.

4.  Defendant Landstar Ranger, Inc. is a foreign for profit corporation created in Delaware with a principal office address in Florida.

5.  On December 4, 2018, the Plaintiff was injured in a car crash caused by the negligence of the Defendants in Marion County, Indiana.

6.  Defendant Spears was driving a large commercial vehicle on December 4, 2018, in Marion County, Indiana, when the commercial vehicle he was driving rear ended the vehicle in which Plaintiff was a passenger.

7.  The commercial vehicle driven by Defendant Spears on December 4, 2018, was owned and/or affiliated with Defendants Landstar Inway, Inc., and Landstar Ranger, Inc.

8.  Defendant Spears was driving a commercial vehicle on December 4, 2018, within the scope of his employment with his employer, Defendants Landstar Inway, Inc., and Landstar Ranger, Inc.

1

9. On December 4, 2018, Defendant Spears had a duty of reasonable care to the Plaintiff, and he breached that duty to the Plaintiff by rear ending the vehicle in which Plaintiff was a passenger.

10. The Plaintiff has suffered damages that were proximately caused by the negligence of Defendant Spears in operating his commercial vehicle on December 4, 2018.

11. As the employer and/or carrier of and for Defendant Spears, Landstar Inway, Inc., and Landstar Ranger, Inc. are responsible for the damages Defendant Spears caused to the Plaintiff under the theory of Respondeat Superior.

12. Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff requests a judgment in his favor against all of the Defendants for damages, costs, and all other proper relief.

Respectfully Submitted,
*/s/Matthew E. Dumas, #24596-49*
HOSTETTER & ASSOCIATES
515 N Green Street, Ste 200
Brownsburg, IN 46112
317.852.2422 (Phone)
matt@hostetterlegal.com
Attorney for Plaintiff

2

Marion Superior Court, Civil Division 1

MARION COUNTY, INDIANA

DUSTIN GRAHAM
    Plaintiff

    vs.

DUSTIN M. SPEARS, LANDSTAR INWAY, INC., and
LANDSTAR RANGER, INC.
    Defendants

## SUMMONS

To Defendant:    Dustin M. Spears
                  126 N Paris St
                  Catlin, IL 61817

You have been sued by the person(s) named "Plaintiff" in the court stated above.  The nature of the suit against you is stated in the complaint, which is attached to this document.  It also states the demand, which Plaintiff has made and wants from you.  You must answer the complaint in writing, by you or your attorney, within twenty (20) days (twenty-three days if received by mail) commencing the day after you receive complaint and summons, or judgment will be entered against you for what Plaintiff has demanded.  If you have a claim for relief against Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date:_____9/10/2020_____    _____Myla A. Eldridge_____
                                  Clerk, Marion Circuit and Superior Courts
                                   (seal)

<u>Attorney for Plaintiff:</u>
Matthew E. Dumas
HOSTETTER & ASSOCIATES
515 North Green Street, Suite 200
Brownsburg, Indiana 46112
317.852.2422 (Phone)



SERVICE BY: <u>Certified Mail by Plaintiff's Attorney</u>

Case 1:20-cv-02619-JPH-MJD   Document 1-2   Filed 10/08/20   Page 11 of 25 PageID #: 18

49D01-2009-CT-031107

Filed: 9/8/2020 4:26 PM
Clerk
Marion County, Indiana

Marion Superior Court, Civil Division 1

MARION COUNTY, INDIANA

DUSTIN GRAHAM
    Plaintiff

    vs.

DUSTIN M. SPEARS, LANDSTAR INWAY, INC., and
LANDSTAR RANGER, INC.
    Defendants

**SUMMONS**

To Defendant:     Landstar Inway, Inc.
               c/o CT Corporation System
               334 N Senate Ave
               Indianapolis, IN 46204

      You have been sued by the person(s) named "Plaintiff" in the court stated above. The nature of the suit against you is stated in the complaint, which is attached to this document. It also states the demand, which Plaintiff has made and wants from you. You must answer the complaint in writing, by you or your attorney, within twenty (20) days (twenty-three days if received by mail) commencing the day after you receive complaint and summons, or judgment will be entered against you for what Plaintiff has demanded. If you have a claim for relief against Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date:_____9/10/2020_____       _____Myla A. Eldridge_____

                                   Clerk, Marion Circuit and Superior Courts
                                       (seal)

<u>Attorney for Plaintiff:</u>
Matthew E. Dumas
HOSTETTER & ASSOCIATES
515 North Green Street, Suite 200
Brownsburg, Indiana 46112
317.852.2422 (Phone)

SERVICE BY: <u>Certified Mail by Plaintiff's Attorney</u>



Case 1:20-cv-02619-JPH-MJD   D49D01-2009-CT-031078/20   Page 12 of 25 PageID #: 17   Filed: 9/9/2020 4:26 PM
Clerk
Marion County, Indiana

Marion Superior Court, Civil Division 1

MARION COUNTY, INDIANA

DUSTIN GRAHAM
    Plaintiff

    vs.

DUSTIN M. SPEARS, LANDSTAR INWAY, INC., and
LANDSTAR RANGER, INC.
    Defendants

## SUMMONS

To Defendant:    Landstar Ranger, Inc.
        c/o CT Corporation System
        334 N Senate Ave
        Indianapolis, IN 46204

      You have been sued by the person(s) named "Plaintiff" in the court stated above.  The nature of the suit against you is stated in the complaint, which is attached to this document.  It also states the demand, which Plaintiff has made and wants from you.  You must answer the complaint in writing, by you or your attorney, within twenty (20) days (twenty-three days if received by mail) commencing the day after you receive complaint and summons, or judgment will be entered against you for what Plaintiff has demanded.  If you have a claim for relief against Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date:   9/10/2020                        _Myla A. Eldridge_
                              Clerk, Marion Circuit and Superior Courts
                              (seal)

<u>Attorney for Plaintiff:</u>
Matthew E. Dumas
HOSTETTER & ASSOCIATES
515 North Green Street, Suite 200
Brownsburg, Indiana 46112
317.852.2422 (Phone)

SERVICE BY: <u>Certified Mail by Plaintiff's Attorney</u>



Filed: 9/11/2020 12:17 PM
Clerk
Marion County, Indiana

IN THE SUPERIOR COURT OF MARION COUNTY, INDIANA
CAUSE NUMBER 49D01-2009-CT-31107

DUSTIN GRAHAM
    Plaintiff

    vs.

DUSTIN M. SPEARS, LANDSTAR INWAY, INC., and
LANDSTAR RANGER, INC.
    Defendants

**CERTIFICATE OF ISSUANCE OF SUMMONSES**

On 9/11/2020 I issued the Summons and the Complaint to Defendant Spears via

certified mail tracking number 7017 2620 0000 0613 9538.

On 9/11/2020 I issued the Summons and the Complaint to Defendant Landstar Inway via

certified mail tracking number 7017 2620 0000 0613 9552.

On 9/11/2020 I issued the Summons and the Complaint to Defendant Landstar Ranger

via certified mail tracking number 7017 2620 0000 0613 9545.

Respectfully Submitted,
*/s/Matthew E. Dumas, #24596-49*
HOSTETTER & ASSOCIATES
515 N Green Street, Ste 200
Brownsburg, IN 46112
317.852.2422 (Phone)
matt@hostetterlegal.com
Attorney for Plaintiff

STATE OF INDIANA   )  IN THE MARION COUNTY SUPERIOR COURT
          )
COUNTY OF MARION   )  CAUSE NO. 49D01-2009-CT-031107

DUSTIN GRAHAM,    )
          )
   Plaintiff,    )
          )
v.          )
          )
DUSTIN M. SPEARS,   )
LANDSTAR INWAY, INC.,  )
and LANDSTAR RANGER, INC., )
          )
   Defendants.   )

## **E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE**

1.  The party on whose behalf this form is being filed is:
    Initiating__   Responding __X__  Intervening ____; and

the undersigned attorney and all attorneys(s) listed on this form now appear in this case for the following parties:

**DUSTIN M. SPEARS, LANDSTAR INWAY, INC., and
LANDSTAR RANGER, INC.**

2.  Attorney information for service as required by Trial Rule 5(B)(2):

   Name:  Erin A. Clancy    Atty No.:  21962-49

   Address: KIGHTLINGER & GRAY, LLP  Phone: 317-638-4521
       One Indiana Square, Suite 300  Fax:  317-636-5917
       211 North Pennsylvania Street  Email: eclancy@k-glaw.com
       Indianapolis, IN  46204

Each attorney specified on this appearance:

(a)  certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
(b)  acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and
(c)  understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.      There are related cases:        Yes ____    No _X_

4.      Additional information required by state or local rule:  _____

5.      This form has been served on all other parties and Certificate of Service is attached:
        Yes _X_    No ____

                                        Respectfully submitted,

                                        KIGHTLINGER & GRAY, LLP

                        By:     s/ *Erin A. Clancy*  _____
                                Erin A. Clancy, #21962-49
                                *Attorneys for Defendants*

                        **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on September 18, 2020, a copy of the foregoing
was served on the following via the court's electronic filing system:

Matthew E. Dumas
HOSTETTER ASSOCIATES
515 Green Street, Ste 200
Brownsburg, IN 46112
matt@hostetterlegal.com
*Attorney for Plaintiff*

                                         _s/ *Erin A. Clancy*  _____
                                        Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521 (t)
(317) 636-5917 (f)
eclancy@k-glaw.com

Filed: 9/18/2020 4:53 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) | |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-2009-CT-031107 |
| | | |
| DUSTIN GRAHAM, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DUSTIN M. SPEARS, | ) | |
| LANDSTAR INWAY, INC., | ) | |
| and LANDSTAR RANGER, INC., | ) | |
| | ) | |
|     Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Indiana Trial Rule 41(A)(1), Plaintiff, Dustin Graham, and Defendants, Dustin M. Spears, Landstar Inway, Inc., and Landstar Ranger, Inc., by their respective counsel, hereby stipulate to the dismissal of Plaintiff's claims against Defendant Landstar Ranger, Inc. only, WITHOUT PREJUDICE.  Plaintiff's claims against the remaining Defendants, Dustin M. Spears and Landstar Inway, Inc., shall remain pending and are not affected by this dismissal.

WHEREFORE, Plaintiff and Defendants, by counsel, respectfully request the Court dismiss Plaintiff's claims against Defendant Landstar Ranger, Inc., only, WITHOUT PREJUDICE.


Respectfully Submitted,


*s/ Matthew E. Dumas*
Matthew E. Dumas, #24596-49
HOSTETTER ASSOCIATES
515 Green Street, Ste 200
Brownsburg, IN 46112
317.852.2422 (Phone) matt@hostetterlegal.com
*Attorney for Plaintiff*

*s/ Erin A. Clancy*
Erin A. Clancy, I.D. No. 21962-49
KIGHTLINGER & GRAY, LLP
211 N. Pennsylvania St., Suite 300
Indianapolis, IN  46204
Tel (317) 638-4521
Fax (317) 636-5917
E-mail eclancy@k-glaw.com
*Attorney for Defendants, Dustin M. Spears*
*and Landstar Inway, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2020, the foregoing was electronically filed with the Marion County Superior Court, Civil Division 1 and was served on the following via the electronic/notification system, and/or U.S. Mail:

Matthew E. Dumas, #24596-49
HOSTETTER ASSOCIATES
515 Green Street, Ste 200
Brownsburg, IN 46112
(Phone) 317.852.2422
matt@hostetterlegal.com
*Attorney for Plaintiff*

*/s/Erin A. Clancy*
Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
Eclancy@k-glaw.com

STATE OF INDIANA )    IN THE MARION COUNTY SUPERIOR COURT
)
COUNTY OF MARION )    CAUSE NO. 49D01-2009-CT-031107

DUSTIN GRAHAM, )
)
    Plaintiff, )
)
v. )                  **F I L E D**
)                    September 21, 2020
DUSTIN M. SPEARS, )   CLERK OF THE COURT
LANDSTAR INWAY, INC., )   MARION COUNTY
and LANDSTAR RANGER, INC., )         SW
)
    Defendants. )

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon the stipulation of Plaintiff, Dustin Graham, and Defendants, Dustin M. Spears,

Landstar Inway, Inc., and Landstar Ranger, Inc., without prejudice, and in accordance with

Indiana Trial Rule 41(A)(1), it is hereby ordered that the above entitled cause is dismissed,

WITHOUT PREJUDICE, costs paid, as to Defendant Landstar Ranger, Inc. **only**.  Plaintiff's

claims against the remaining Defendants, Dustin M. Spears and Landstar Inway, Inc., shall

remaining pending and are not affected by this dismissal.

IT IS SO ORDERED AND APPROVED THIS ____ day of September, 2020.

**September 21, 2020**

_____ Mag.
JUDGE, Marion County Superior Court, Division 1

*Approved for Entry By*,

s/ Matthew E. Dumas
Matthew E. Dumas, #24596-49
HOSTETTER ASSOCIATES
515 Green Street, Ste 200
Brownsburg, IN 46112
317.852.2422 (Phone) matt@hostetterlegal.com

*Attorney for Plaintiff*

*s/ Erin A. Clancy*
Erin A. Clancy, I.D. No. 21962-49
KIGHTLINGER & GRAY, LLP
211 N. Pennsylvania St., Suite 300
Indianapolis, IN  46204
Tel (317) 638-4521
Fax (317) 636-5917
E-mail eclancy@k-glaw.com
*Attorney for Defendants*

Filed: 9/25/2020 11:10 AM
Clerk
Marion County, Indiana

STATE OF INDIANA            )      IN THE MARION COUNTY SUPERIOR COURT
                           )
COUNTY OF MARION            )      CAUSE NO. 49D01-2009-CT-031107

DUSTIN GRAHAM,              )
                           )
      Plaintiff,            )
                           )
v.                          )
                           )
DUSTIN M. SPEARS,           )
and LANDSTAR INWAY, INC.,   )
                           )
      Defendants.           )

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Dustin M. Spears and Landstar Inway, Inc., by counsel, respectfully moves the Court for an extension of time of 30 days up to and including November 6, 2020, in which to file a responsive pleading to Plaintiff's Complaint.  In support of said Motion, Defendant shows the Court:

1.     That Plaintiff's Complaint was filed on September 9, 2020, and served on Defendants via certified mail on September 14, 2020, thereby making Defendants' response due no earlier than October 7, 2020.

2.     Defendants respectfully request an initial enlargement of time of thirty (30) days or to and including November 6, 2020, within which to answer or otherwise respond to Plaintiff's Complaint.

3.     This request for an enlargement of time is not made for the purposes of delay, but rather to allow time for Defendants' counsel to prepare a proper response to Plaintiff's Complaint.

4.      Counsel for Defendants contacted counsel for Plaintiff who has no objection to the filing of this motion.

WHEREFORE, Defendants Dustin M. Spears and Landstar Inway, Inc., prays that the time for filing a responsive pleading to the Plaintiff's Complaint be extended for a period of thirty (30) days, up to and including November 6, 2020.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:     s/ Erin A. Clancy
        Erin A. Clancy, #21962-49
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 22, 2020, a copy of the foregoing was served on the following via the court's electronic filing system:

Matthew E. Dumas
HOSTETTER ASSOCIATES
515 Green Street, Ste 200
Brownsburg, IN 46112
matt@hostetterlegal.com
*Attorney for Plaintiff*

          *s/ Erin A. Clancy*
        Erin A. Clancy

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521 (t)
(317) 636-5917 (f)
eclancy@k-glaw.com

200712\60552701-1

STATE OF INDIANA ) IN THE MARION COUNTY SUPERIOR COURT
)
COUNTY OF MARION ) CAUSE NO. 49D01-2009-CT-031107

DUSTIN GRAHAM, )
)
      Plaintiff, )
)
v. )
)
DUSTIN M. SPEARS, )
and LANDSTAR INWAY, INC., )
)
      Defendants. )

## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

1.    The party on whose behalf this form is being filed is:
   Initiating__     Responding _X_    Intervening ____; and

   the undersigned attorney and all attorneys(s) listed on this form now appear in this case for the following parties:

   **DUSTIN M. SPEARS and LANDSTAR INWAY, INC.**

2.    Attorney information for service as required by Trial Rule 5(B)(2):

   | | | | |
   |---|---|---|---|
   | Name: | Elizabeth B. Stagich | Atty No.: | 35601-73 |
   | Address: | KIGHTLINGER & GRAY, LLP | Phone: | 317-638-4521 |
   | | One Indiana Square, Suite 300 | Fax: | 317-636-5917 |
   | | 211 North Pennsylvania Street | Email: | estagich@k-glaw.com |
   | | Indianapolis, IN 46204 | | |

   Each attorney specified on this appearance:

   (a)   certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b)   acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

   (c)   understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.    There are related cases:     Yes ___   No _X_

4.      Additional information required by state or local rule: _____

5.      This form has been served on all other parties and Certificate of Service is attached:
           Yes _X_    No _____

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By:    _s/ Elizabeth B. Stagich_____
        Elizabeth B. Stagich, #35601-73
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 22, 2020, a copy of the foregoing was served on the following via the court's electronic filing system:

Matthew E. Dumas
HOSTETTER ASSOCIATES
515 Green Street, Ste 200
Brownsburg, IN 46112
matt@hostetterlegal.com
*Attorney for Plaintiff*

     _s/ Elizabeth B. Stagich_____
     Elizabeth B. Stagich

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521 (t)
(317) 636-5917 (f)
estagich@k-glaw.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) | |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-2009-CT-031107 |
| | ) | |
| DUSTIN GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **F I L E D** |
| v. | ) | September 22, 2020 |
| | ) | CLERK OF THE COURT |
| DUSTIN M. SPEARS, | ) | MARION COUNTY |
| and LANDSTAR INWAY, INC., | ) | SW |
| | ) | |
| Defendants. | ) | |

## <u>ORDER ON EXTENSION OF TIME</u>

This cause came before the Court upon Defendants Dustin M. Spears and Landstar

Inway, Inc.'s Motion for Extension of Time to respond to Plaintiff's Complaint.

The Court, having considered said Motion and, being duly advised in the premises, now

GRANTS the same, and

THEREFORE, IT IS ORDERED that the Defendants Dustin M. Spears and Landstar

Inway, Inc., may have an additional extension of time of thirty (30) days, up to and including

November 6, 2020, within which to answer or otherwise plead to Plaintiff's Complaint.


DATED: **September 22, 2020**

_____

Judge, Marion County Superior Court 1

Distribution to:

Matthew E. Dumas
HOSTETTER ASSOCIATES
515 Green Street, Ste 200
Brownsburg, IN 46112
matt@hostetterlegal.com
*Attorney for Plaintiff*

Erin A. Clancy
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
eclancy@k-glaw.com
*Attorney for Defendants*